Prob 35
(12/98)

Report and Order Terminating
Supervised Release
Prior to Original Expiration Date

## United States District Court
FOR THE

### Southern District of Illinois

**FILED**
NOV 15 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES OF AMERICA

v.

Crim. No. 0754 4:97CR40057 004

VERNICE T. MARSHALL

On July 24, 1998, the above named defendant was sentenced to 120 months of imprisonment followed by a five year term of supervised release. On September 27, 2002, the offender was released from confinement and began supervision. Inasmuch as the offender has satisfied or complied with all conditions and is no longer in need of supervision, it is accordingly recommended that she be discharged from supervised release.

Respectfully submitted,

Stephanie L. Sherman
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 15th day of November, 2005.

J. Phil Gilbert
United States District Judge